**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.**

**UNITED STATES OF AMERICA**,
Plaintiff,

v.

**O'CONNOR ENTERPRISES OF SOUTH FLORIDA, LLC,**
a Florida limited liability company; and

**MICHAEL D. O'CONNOR** and **CINDY L. O'CONNOR,**
individually.

Defendants.
_______________________________________________/

**COMPLAINT FOR MONEY JUDGMENT**

Plaintiff, the UNITED STATES OF AMERICA ("United States"), on behalf of the U.S. Small Business Administration ("SBA") and by and through the undersigned Assistant United States Attorney for the Southern District of Florida, brings this action for a money judgment against Defendants, O'Connor Enterprises of South Florida, LLC; Michael D. O'Connor; and Cindy L. O'Connor (collectively, "Defendants"). In support thereof, the United States alleges as follows:

**Nature of Action**

1. The United States brings this action for monies owed on a SBA Secured Disaster Loan.

**Jurisdiction and Venue**

2. This Court has jurisdiction over this civil action as provided by Title 28 United States Code Section 1345.

3. Venue in this District is proper because Defendants are located in this District for purposes of 28 U.S.C. § 1391(b)(1) and (c). Venue in this District is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this action occurred in this District.

**Parties**

4. The United States brings this lawsuit as the real party in interest based upon a promissory note and corresponding loan authorization and agreement for a SBA Secured Disaster Loan.

5. Defendant, O'Connor Enterprises of South Florida, LLC, ("O'Connor Enterprises") is a Florida limited liability company with its principal place of business at 305 NW Emilia Way, Jensen Beach, Florida 34957.

6. Defendant, Michael D. O'Connor, is a resident of the Southern District of Florida.

7. Defendant, Cindy L. O'Connor, is a resident of the Southern District of Florida.

**Factual Allegations**

8. On or around August 15, 2005, O'Connor Enterprises of South Florida, LLC, through operating members Michael D. O'Connor and Cindy L. O'Connor; Michael D. O'Connor, individually; and Cindy L. O'Connor, individually, executed a promissory note for a SBA Secured Disaster Loan in the principal amount of $356,100.00. SBA is the current owner and holder of the promissory note. A copy of the promissory note is attached hereto as Government Exhibit "A."

9. On or around August 15, 2005, contemporaneously therewith the execution of said

promissory note, O'Connor Enterprises of South Florida, LLC, through operating members Michael D. O'Connor and Cindy L. O'Connor; Michael D. O'Connor, individually; and Cindy L. O'Connor, individually, executed a loan authorization and agreement. A copy of the loan authorization and agreement is attached hereto as Government Exhibit "B."

10. According to the terms of the promissory note and corresponding loan authorization and agreement, the Defendants were required to repay the loan in monthly installments of $1,552.00, beginning 12 (twelve) months after signing the loan documents, and the loan balance was to be paid within 30 (thirty) years from the date of the promissory note.

11. According to the SBA's records, the Defendants made regularly monthly payments on the loan from approximately August 2006 through May 2009.

12. On or around February 2010, the Defendants defaulted on the loan.

13. On or around March 2011, Defendants made two additional payments of $3,000.00 each.

14. In May 2011, SBA referred the Defendants' delinquent debt to the Department of Treasury's Bureau of Fiscal Service ("Fiscal Service") for administrative debt collection, as required by the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3701 *et seq.*

15. On or about May 16, 2011, Fiscal Service sent a demand letter to Defendants.

16. Between June 2011 and September 2014, Fiscal Service referred the Defendants' delinquent debt to Pioneer Credit Recovery, Inc. ("Pioneer"), a private collection agency then under contract with Fiscal Service. Pioneer did not collect from Defendants despite its efforts,

which included conversations with one of the Defendants.

17. Between August 2012 and August 2014, the Treasury Offset Program collected three offsets, in the respective amounts of $884.00, $1,000.00, and $2,334.00, which were applied to the Defendants' outstanding debt.

18. As a result of Defendants' failure to pay pursuant to the original Promissory Note, additional interest, charges, and fees have been added to the balance which now totals $465,567.55.

19. Defendants failed and continue to fail to pay the outstanding debt of $465,567.55.

20. Pursuant to the Promissory Note, in the event of the Defendant's default under the promissory note, the SBA maintained several rights which include the following:

> "A.) require immediate payment of all amounts owing under this Note; B.) Have recourse to collect all amounts owing from any Borrower or Guarantor; C.) File suit and obtain judgment; D.) Take possession of any collateral; or E.) Sell, lease, or otherwise dispose of, any collateral at public or private sale, with or without advertisement."

**<u>Claim for Relief</u>**

21. The United States incorporates and re-alleges herein paragraphs 1 through 20.

22. The Defendants are in default of the terms of the promissory note and corresponding loan agreement.

23. As a result of the Defendants' default, the United States is entitled to a judgment against Defendants, who are jointly and severally liable for the amount of $465,567.55 owed to the United States.

24. Pursuant to the Soldier's and Sailor's Civil Relief Act of 1940, Department of

Defense – Manpower Data Center, has researched and has advised that the Defendants, Michael D. O'Connor and Cindy L. O'Connor, are not on active Military Duty. See Military Status Reports, which are attached hereto as Government Composite Exhibit "C."

**Prayer for Relief**

WHEREFORE, Plaintiff, the United States of America, respectfully requests that this Court enter a final judgment in favor of the United States of America and against the Defendants, as jointly and severally liable, for the total amount of $465,567.55 plus costs and post-judgment interest, pursuant to 28 U.S.C § 1961, at the legal rate until paid in full, and for any such other relief as the Court deems just and proper.

Dated: March 30, 2017
Miami, Florida

Respectfully submitted,

**BENJAMIN G. GREENBERG**
**ACTING UNITED STATES ATTORNEY**

By: *s/Annika M. Miranda*
Annika M. Miranda
Assistant United States Attorney
Florida Bar No. 64975
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9303
Facsimile: (305) 530-7139
E-mail: annika.miranda@usdoj.gov